UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| John Moralez, ) | |
|     Plaintiff, ) | |
| ) | No. 1:17-cv-886 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| Michigan Employment ) | |
| Relations Commission, ) | |
|     Defendant. ) | |
| ) | |

## JUDGMENT

In accordance with the Court's Opinion and Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 28, 2018                          /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge